IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2019

| | |
|---|---|
| IOANNIS LEGANTIS and NIKOLAOS PAPAGEORGIOU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> ETHOS GALLERY 51, LLC, LITTLE WEST RESTAURANT LLC, 75 HA RESTAURANT LLC, IOANNIS CHATIRIS and CHRISTOS PANAGIOTOPOULOS, Jointly and Severally, <br><br> Defendants. | 16 Civ. 8198 (GHW) |
| MEHMED AHMETASVIC, MIZRA AHMETASEVIC and ALEX PETROVSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> ETHOS GALLERY 51, LLC, LITTLE WEST RESTAURANT LLC, 75 HA RESTAURANT LLC, IOANNIS CHATIRIS and CHRISTOS PANAGIOTOPOULOS, Jointly and Severally, <br><br> Defendants. | 17 Civ. 1167 (GHW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiffs are precluded from bringing any further claims under the Fair Labor Standards

Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiffs' Complaint.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

PELTON GRAHAM LLC

By: _____
Brent E. Pelton, Esq.
Taylor B. Graham, Esq.
111 Broadway, Suite 1503
New York, New York 10006
Tel.: (212) 385-9700

*Attorneys for the Ahmetasevic Plaintiffs*

PARDALIS & NOHAVICKA, LLP

By: _____
Joseph D. Nohavicka, Esq.
Taso Pardalis, Esq.
950 3rd Avenue, 25th Floor
New York, New York 10022
Tel: (212) 213-8511

*Attorneys for the Legantis Plaintiffs*

LAW OFFICES OF MITCHELL S. SEGAL P.C.

By: _____
Mitchell S. Segal, Esq.
1010 Northern Boulevard, Suite 208
Great Neck, NY 11021
Tel.: (516) 415-0100

*Attorneys for Defendants*

For the reasons stated on the record during the hearing held on September 9, 2019, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). Also for reasons stated on the record during the same hearing, the Court declines to retain jurisdiction over this matter.

The Clerk of Court is directed to close this case.

SO ORDERED
September 14, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge